FILED

'2006 JAN -9  A 10: 26

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MARILYN LOUISE PALMER MURPHY,

  Plaintiff,

  Case No. 3:05-cv-1137-J-20MCR

v.

CITIFINANCIAL SERVICES, INC.,

  Defendant.

_____/

## ORDER

Before the Court is Defendant CitiFinancial Services, Inc.'s Motion to Invoke the

Standing Order of Reference (Doc. No. 5, filed November 3, 2005), to which Plaintiff Murphy

has not timely responded.

In the present action Plaintiff Murphy alleges that Defendant CitiFinancial wrongfully

failed to execute and deliver to Plaintiff a written satisfaction of mortgage.  On April 4, 2002,

United States Bankruptcy Judge Proctor entered an Order granting Debtor Murphy's Motion to

Redeem Property Subject to Lien of CitiFinancial, Inc., as Successor in Interest to AVCO

Financial Services of Hollywood Florida, Inc. (the "Redemption Order").  Paragraph 2 of the

Order stated that Debtor Murphy was to pay $1,000 to CitiFinancial within thirty (30) days to

redeem her 1992 Dodge Dakota truck. (See Exhibit 4 attached to Complaint at Doc. No. 2, filed

November 3, 2005.)  On April 11, 2002, Plaintiff's counsel delivered a cashier's check in the

amount of $1,000 payable to CitiFinancial.  The Order also stated "said payment shall constitute

the satisfaction, release and discharge of all liens held by CitiFinancial, Inc. ...."  Plaintiff

1

Murphy alleges that CitiFinancial's mortgage on her Mobile Home and Real Property should be released based on the Redemption Order.

Defendant argues that this present suit raises bankruptcy issues and is therefore at least "related to" the Bankruptcy Case under 28 U.S.C. §157(a), thus this Court should invoke its Standing Order of Reference and refer this action to the Bankruptcy Court. Defendant CitiFinancial now moves this Court to transfer and refer this suit to the Bankruptcy Court for interpretation of the Confirmation Order and the Redemption Order.

Upon due consideration, this case is hereby **REFERRED** to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of January, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**

Andrew Joseph Decker, III, Esq.
John Robert Chiles, Esq.
Robert Franklin Springfield, Esq.
Clerk MDFL U.S. District Court
Clerk MDFL U.S. Bankruptcy Court

2